IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RE: MASTER JURY WHEEL REFILLING       Misc. 21-339 (GAG)

**MINUTE**

Pursuant to the United States District Court for the District of Puerto Rico Amended Plan for the Random Selection of Jurors, heretofore the District's Amended Plan, Section 4, the Clerk of Court had determined that the number of jurors necessary to refill the jury wheel is five hundred thousand (500,000) jurors.

In accordance with the District's Amended Plan, it was randomly selected a number between one and five (1-5) including both the beginning number (#1) as the starting number and (#5) as the ending number to randomly refill the jury wheel. Number five was used as the outer limit for the selection range because five is the quotient determined by dividing the voters during the General Election in November 2020 (2,355,894) by the number of people determined to be necessary to refill the jury wheel (500,000). The number selected at random between digits one and five was number (2). The starting number will be added to number five (the stablished quotient) to select all other voters' registration list who will become part of the jury wheel. In summary:

- The Master Jury Wheel consists of 500,000.
- The States Election Commission certified 2,355,894 voters during the General Election celebrated in November 2020.
- The determined quotient equals five (#5).
- The number two (2) was the randomly selected number.

Page -2
Master Jury Wheel Refilling

Representing the U.S. District Court and conducting the process were Carlos J. Rodríguez, Jury Supervisor and Rebecca Agostini-Viana, Court Services Manager.

In San Juan, Puerto Rico, this 20th, 2021.


S/CARLOS RODRIGUEZ                S/REBECCA AGOSTINI-VIANA
Jury Supervisor                   Court Services Manager