

**COMISIÓN ESTATAL DE ELECCIONES**
ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE OSIPE - ADMINISTRACIÓN

## HOJA DE TRÁMITE

25 de junio de 2021

Núm. Control: __212258__
Prioridad: __Normal__

**Destinatario:**
Lcdo. Rolando Cuevas Colón
Secretario
SECRETARIA

**Remitente:**
Eduardo Nieves Cartagena
Director
OSIPE - ADMINISTRACIÓN

Aníbal Zambrana Quiñones
Subdirector
OSIPE - ADMINISTRACIÓN

**Acción: Para la acción correspondiente**

**Entrega de disco digital versátil (DVD) con el extracto del Registro General de Electores para la selección de jurados del Tribunal Federal en Puerto Rico**

**OBSERVACIONES:**

Se entrega en disco digital versátil (DVD) y se aneja la esctructura del archivo en papel.

Recibido por: _____    Fecha: _____



## ESTRUCTURA DE ARCHIVO ELECTRÓNICO DE EXTRACTO DE LA BASE DE DATOS DEL REGISTRO GENERAL DE ELECTORES

PROPÓSITO: PLAN DE SELECCIÓN DE JURADO
FECHA DE SOLICITUD: 21 de junio de 2021
DESTINATARIO: TRIBUNAL FEDERAL EN PUERTO RICO
FECHA DE CREACIÓN: 25 de junio de 2021
FECHA DE ACTUALIZACIÓN: 14 de septiembre de 2020
ESTATUS DE ELECTORES: ACTIVOS
CANTIDAD DE REGISTROS: 2,355,894
FORMATO 1: VALORES SEPARADOS POR COMA (*CSV*, por sus siglas en inglés)
FORMATO 2: RESGUARDO EN MS SQL
MEDIO: DISCO DIGITAL VERSÁTIL (*DVD*, por sus siglas en inglés)
CANTIDAD DE MEDIOS: 1
ESTRUCTURA:

| CAMPO | DESCRIPCIÓN (*datatype*) |
|---|---|
| Row# | bigint |
| Paterno | Varchar(15) |
| Materno | Varchar(15) |
| Nombre | Varchar(15) |
| Sexo | Char(1) |
| Fecha de Nacimiento | Varchar(10) |
| Precinto | Char(3) |
| Municipio | Char(20) |
| Direccion Postal1 | Char(30) |
| Direccion Postal2 | Char(30) |
| Municipio Postal | Char(20) |
| ZipCode | Char(9) |
| Telefono | Char(10) |

FECHA DE ENTREGA: 25 de junio de 2021
CERTIFICACIÓN:

Certificamos como correcto en San Juan, Puerto Rico a 25 de junio de 2021.

_____
Ing. Eduardo Nieves Cartagena
Director de la Osipe

_____
Sr. Aníbal J. Zambrana Quiñones
Subdirector de la Osipe